# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2021-1937
LT Case Nos. 19F-09406

_____

JEAN ROSA, as Personal
Representative of the Estate of
M.B.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

Administrative Appeal from the Department of Children and
Families Office of Appeal Hearings.

Mary Catherine Rooney, Venice, for Appellant.

Logan Bartholomew, Assistant Regional Counsel, Orlando, for
Appellee.

May 7, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____